## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT** | : | **CIVIL ACTION NO. 1:06-CV-2102** |
| **OPPORTUNITY COMMISSION,** | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **CRAZY HORSE STEAKHOUSE** | : | |
| **SALOON & INN,** | : | |
| **Defendant** | : | |

### ORDER

AND NOW, this 8th day of February, 2007, upon consideration of

Defendant's Motion Requesting Court Approval of Stipulation to Amend

Affirmative Defenses by Adding Affirmative Defenses (Doc. 12), it is hereby

ORDERED that the Stipulation to Amend Affirmative Defenses by Adding

Affirmative Defenses is HEREBY APPROVED and the Defendant's Affirmative

Defenses are amended as set forth in the Stipulation to Amend Affirmative

Defenses by Adding Affirmative Defenses without Defendant filing any further

pleading.

         S/ Christopher C. Conner
        CHRISTOPHER C. CONNER
        United States District Judge