IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT** | : | **CIVIL ACTION NO. 1:06-CV-2102** |
| **OPPORTUNITY COMMISSION,** | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **CRAZY HORSE STEAKHOUSE** | : | |
| **SALOON & INN,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 9th day of February, 2007, upon consideration of Plaintiff EEOC's Motion Requesting Court Approval of Stipulation to Amend the Caption, it is hereby ORDERED and DECREED that the Stipulation to Amend the Caption is hereby APPROVED and the caption in this matter shall be amended to remove "Crazy Horse Steakhouse Saloon & Inn" as Defendant and to substitute in its place "Lonaki, Inc. d/b/a Crazy Horse Steakhouse Saloon & Inn", Defendant need not further answer Plaintiff's Complaint and Defendant's Answer, as filed, is applicable to Plaintiff's Complaint as amended by the within Stipulation.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge